UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR118-048 |
| | ) | |
| ANTONIO LEE TYLER | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Clayton L. Jolly, III** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Clayton L. Jolly, III** be granted leave of absence for the following periods: **October 17, 2018 through October 22, 2018 and November 3, 2018 through November 8, 2013.**

This 6th day of September, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA